IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE LOPEZ

v.

CYNTHIA LINK, et al.

CIVIL ACTION
NO. 16-1773

## ORDER

**AND NOW**, this 22nd day of February, 2018, upon careful and independent consideration of the pleadings and record herein, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and a careful review of Petitioner's Objections thereto, it is **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation [Doc. 19] are **OVERRULED**.
2. The Report and Recommendation [Doc. 17] is **APPROVED** and **ADOPTED.**
3. The petition for a writ of habeas corpus is **DISMISSED**.
4. Petitioner's request for appointment of counsel is **DENIED**.
5. A certificate of appealability is <u>not</u> granted; and
6. The Clerk is **DIRECTED** to mark this case closed.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              **Jeffrey L. Schmehl, J**.